# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　Defendants. | Case No. CV 15-02656 JAK (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed as to defendants County of Los Angeles and Los Angeles County Sheriff's Department with prejudice and as to the unidentified Doe Defendants without prejudice.

DATED: June 8, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE